# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

**Magistrate Judge Paul S. Grewal**
**Courtroom 5 - 4th Floor**

## Criminal Minute Order

Date: October 26, 2015											Time in Court: 26 minutes

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter/FTR: FTR: 3:08 to 3:34

---

**TITLE: U.S.A. v. Jose Vazquez-Barron (C)(Spanish Interp.) and Shellie Chaney (C)**
**CASE NUMBER**: **CR15-00481 EJD**
Government Attorney(s) present: William Gullotta
Defendant Attorney(s) present: Varell Fuller specially for Graham Archer (Vazquez-Barron) and Jack Gordon (Chaney)
Pretrial Services Officer(s) present: Kim Do
Spanish Interpreter present: Lupita Arce for defendant Jose Vazquez-Barron ONLY

---

### PROCEEDINGS
**Detention Hearing - Jose Vazquez-Barron (10 mins.)**
**Detention Hearing - Shellie Chaney (16 mins.)**

Defendants are present and in custody.
Defendant Jose Vazquez-Barron utilizing the services of the Spanish Language Interpreter.

As to defendant Jose Vazquez-Barron:
Presumption case.  The government renews its motion for detention.
Detention hearing continued to 11/5/2015 at 1:30 PM before Judge Howard R. Lloyd to allow Pretrial Services to prepare Full Bail Study Report.
Status conference set for 11/2/2015 at 1:30 PM before Hon. Edward J. Davila.
Defendant is remanded to the custody of the U.S. Marshals.

As to defendant Shellie Chaney:
Financial affidavit submitted.
The court finds defendant eligible for appointment of counsel.
The court sets conditions of release.
Defendant is ordered released.
Ms. Chaney to report to U.S. Pretrial Services no later than 10:00 a.m. on 10/27/2015.

///