UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

| | | |
|---|---|---|
| **Date:** August 15, 2016 | **Time:** 1:45-2:08 pm | **Judge:** Edward J. Davila |
| | **Total Time:** 23 Mins. | |
| **Case No.:** 15-cr-00481-EJD-4 | **Case Name:** UNITED STATES v. Jose Vazquez-Barron(P)(C)(I) | |

**Attorney for Plaintiff:** William Gullotta

**Attorney for Defendant:** Cary Lindstrom (Specially for Benedict Koller)

| | |
|---|---|
| **Deputy Clerk:** Adriana M. Kratzmann | **Court Reporter:** Irene Rodriguez |
| **Interpreter:** Lupita Arce (Spanish) | **Probation Officer:** N/A |

## PROCEEDINGS – CHANGE OF PLEA

Defendant present and in-custody and assisted by a Spanish language Interpreter. Hearing held.
Plea agreement executed.  Defendant Sworn.
Defendant pled guilty to Ct. 1 of the Indictment.
The Court accepted the guilty plea to Ct. 1 and ordered the guilty plea entered and recorded.
Any remaining counts as to this defendant shall be under submission pending sentencing of this defendant.
The Court set a sentencing date of 11/14/2016.
The Court referred this matter to Probation for preparation of a Pre-Sentence Report.

**CASE CONTINUED TO: November 14, 2016 1:30 P.M. for Sentencing Hearing.**

*Adriana M. Kratzmann*
**Adriana M. Kratzmann**
**Courtroom Deputy**
**Original: Efiled**
**CC:**

**P/NP:** Present, Not Present
**C/NC:** Custody, Not in Custody
**I:** Interpreter