UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOSE VAZQUEZ-BARRON,<br>Defendant. | Case No. 15-cr-00481 EJD<br><br>**ORDER DENYING DEFENDANT'S MOTION TO REDUCE SENTENCE**<br><br>Docket No. 282 |

On August 15, 2016, Defendant Jose Vazquez-Barron ("Defendant") pleaded guilty to a pursuant to a written plea agreement to one count of conspiracy to possess with intent to distribute methamphetamine in violation of 21 U.S.C. § 846, 841(a)(1) and 841(b)(1)(A)(viii). Dkt. No. 131. Defendant was thereafter sentenced to a custodial term of 210 months and five years of supervised release. Dkt. No. 164. Judgment was entered accordingly on December 7, 2016. Dkt. No. 165.

In April of 2017, Defendant filed a motion for a reduction in sentence pursuant to 18 U.S.C. § 3582(c)(2) and U.S.S.G. § 1B1.10 based on Amendment 782. Dkt. No. 204. The court denied the motion because Defendant's sentence was calculated utilizing guidelines which accounted for the referenced amendment. Dkt. No. 206.

Presently before the court is Defendant's second motion for a reduction in sentence pursuant to 18 U.S.C. § 3582(c)(2) based on Amendment 782. Upon further review of the record, the court has determined that the written plea agreement executed by Defendant in open court on August 15, 2016, recites that Defendant "agree[s] not to seek relief under 18 U.S.C. § 3582." Dkt.

Case No.: 15-cr-481 EJD
ORDER DENYING DEFENDANT'S MOTION TO REDUCE SENTENCE
1

No. 131. Defendant's second motion for a reduction of his sentence is accordingly DENIED.

**IT IS SO ORDERED.**

Dated: April 16, 2019

EDWARD J. DAVILA
United States District Judge

Case No.: 15-cr-481 EJD
ORDER DENYING DEFENDANT'S MOTION TO REDUCE SENTENCE
2